HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.E.C. INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MELODISC LTD.; IMPACT ARTIST MANAGEMENT, INC.; QUEENSRYCHE; GEOFFERY TATE, individual and marital community; MICHAEL WILTON, individual and marital community; EDDIE JACKSON, individual and marital community; SCOTT ROCKENFIELD, individual; KELLY GRAY, individual; and LARS SORENSEN, individual and marital community, <br><br> Defendants. | CIVIL ACTION NO. CV03-1416-Z <br><br> **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff JEC International Corporation, and Defendants Melodisc, Ltd., Impact Artist Management, Inc., Queensryche, Geoffery Tate, Michael Wilton, Eddie Jackson, Scott Rockenfield, Kelly Gray, and Lars Sorensen, and their respective marital communities, by and through their undersigned counsel of record, hereby stipulate and agree that this case be

//

1 | dismissed with prejudice and without costs or attorneys' fees to either party.

         DATED this 26th day of January 2005.

| CORR CRONIN LLP | DORSEY & WHITNEY LLP |

___/s/ Thuy Nguyen Leeper for Michael Moore
per email approval _____
KELLY P. CORR, WSBA #555
MICHAEL A. MOORE, WSBA #27047
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

Attorneys for Defendants Melodisc, Ltd.,
Impact Artist Management, Inc., Queensryche,
Geoffery Tate, Michael Wilton, Eddie Jackson,
Scott Rockenfield, Kelly Gray, and Lars
Sorensen

___/s/ Thuy Nguyen Leeper__ _____
DAVID M. JACOBSON, WSBA #30125
THUY NGUYEN LEEPER, WSBA #31835
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff
JEC International Corporation

## **ORDER AND JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the above stipulation of the parties, this case is DISMISSED with prejudice and without costs or attorney fees to either party.

DATED  this ___ day of _____, 2005.

_____
United States District Judge Thomas S. Zilly

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
CV03-1416-Z
PAGE 3

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820